UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-02674 |
| | § | |
| $481,480.00 U.S. CURRENCY, | § | |
|     Defendant | § | |

**CERTIFICATE OF INTERESTED PERSONS AND ENTITIES**

The United States of America hereby certifies that the following persons or entities may have a financial interest in the outcome of this litigation:

1. The United States of America,
2. Asad Kesaria,
3. Norma Kesaria,
4. Ethan Kesaria,
5. Nathan Kesaria,
6. Shawn Kesaria, and
7. Diiaz Kamchybek Uulu

Respectfully submitted,
NICHOLAS J. GANJEI
United States Attorney

By:    */s/ Elizabeth A. Wyman*
    Elizabeth A. Wyman
    SDTX Federal No. 2294662
    Assistant United States Attorney
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone (713) 567-9000
    Fax: (713) 718-3300
    Email: Elizabeth.Wyman@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copy of this pleading was served on counsel of record via electronic filing.

/s/ *Elizabeth A. Wyman*
Elizabeth A. Wyman
Assistant United States Attorney