## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States of America                    §
                                            §
                                            §
*versus*                                    §        Civil Action 4:25−cv−02674
                                            §
                                            §
481,480.00 U.S Currency, et al.             §
                                            §

# Clerk's Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

$371,000.00 U.S. Currency , 481,480.00 U.S Currency

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

Date: May 7, 2026

Nathan Ochsner, Clerk
By: Carol Felchak
Deputy Clerk